IN THE UNITED STATES DISTRICT COURT
DITRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO.: 4:17-CR-590-RBH |
| | ) | |
| v. | ) | |
| | ) | |
| TERRANCE LEE BROWN | ) | |

## ORDER TO VACATE PRELIMINARY ORDER OF FORFEITURE

On motion of the United States, the Court vacates the Preliminary Order of Forfeiture as to TERRANCE LEE BROWN, entered on January 12, 2018.

IT IS HEREBY ORDERED AND DECREED that the Preliminary Order of Forfeiture, as to TERRANCE LEE BROWN, is vacated.

AND IT IS SO ORDERED.

March 26, 2018　　　　　　　　　　　　　　s/ R. Bryan Harwell
Florence, South Carolina　　　　　　　　　　R. Bryan Harwell
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1